## Gustav Baseleon, Appellee, v. M. M. Baker & Company, Appellant.

### Gen. No. 5,793.   (Not to be reported in full.)

Appeal from the County Court of Peoria county; the Hon. AR-THUR M. OTTMAN, Judge, presiding. Heard in this court at the April term, 1913. Affirmed. Opinion filed August 2, 1913.

### Statement of the Case.

Action by Gustav Baseleon against M. M. Baker & Company, a corporation, to recover for a breach of warranty in a contract for the sale of an automobile. From a judgment in favor of plaintiff for four hundred dollars, defendant appeals.

STEVENS, MILLER & ELLIOTT, for appellant.

NATHAN H. WEISS, for appellee.

MR. JUSTICE CARNES delivered the opinion of the court.

### Abstract of the Decision.

1. AUTOMOBILES AND GARAGES, § 4*—*when evidence shows breach of warranty.* In an action for breach of a warranty of contract for the sale of an automobile, evidence *held* sufficient to sustain finding of jury that the machine was purchased of defendant and that the car was defective and not as warranted.

2. SALES, § 55*—*when separate instruments constitute contract.* A written order for the sale of an automobile signed by the seller and a written instrument concerning the equipages signed by the buyer, *held* to constitute the contract.

3. CONTRACTS, § 50*—*separate instruments.* Two instruments may be executed as a part of the same transaction and agreement and must be read and construed as one instrument.

4. CONTRACTS, § 50*—*separate instruments.* When a contract makes another contract or writing a part of it, the two are to be construed together.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.